**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**UNITED STATES OF AMERICA**
    Plaintiff

vs.                                                          **CASE NO: 3:25-CR-96-DJH**

**AMBER WARNER**
    Defendant

**UNOPPOSED MOTION TO CONTINUE and**
**JOIN CO-DEFENDANT'S MOTION TO CONTINUE [DOC 26]**

Comes Now Amber Warner, through CJA counsel, Jennifer H. Culotta, and respectfully requests this Court to continue this matter that is set for a Jury Trial and joins co-defendant, Charles O'Loan's *Unopposed Motion to Continue* [DOC 26]. In support of the Motion, counsel states the following:

Ms. Warner joins co-defendant O'Loan's request for a continuance. Discovery is on-going, and the parties have met and conferred on the potential for a resolution without the necessity of a trial, but no agreement has been reached.

Ms. Warner represents that the ends of justice served by a continuance outweigh her and public's interest to a speedy trial as provided by 18 U.S.C. § 3161(h)(7)(A). This Motion is not being made for purposes of delay but is being made to ensure Defendant's counsel has the time to effectively represent Ms. Warner.

WHEREFORE, Ms. Warner, by counsel, respectfully moves this Court for a continuance of the Jury Trial set for August 25, 2025.

                                                                  Respectfully submitted,

                                                           __*/s/ Jennifer H. Culotta*_____

                                              Jennifer Hinkebein Culotta, #91867
Culotta & Culotta LLP
The Hess House
815 E. Market Street
New Albany, IN 47150
Telephone: (812) 913-6989
Fax: (812) 941-8883
jennifer@culottalaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 25, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

                                _____*/s/ Jennifer H. Culotta*_____
                                    Jennifer Hinkebein Culotta