UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**UNITED STATES OF AMERICA**
    **Plaintiff**

vs.                                                                         CASE NO: 3:25-CR-96-DJH

**AMBER WARNER**
    **Defendant**

**ORDER**

IT IS HEREBY ORDERED, that the *Unopposed Motion to Continue* be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Jury Trial occur on the _____ day of _____, 2025 at _____ am/pm.

_____
JUDGE

Date: _____

Distribution list:

Jennifer H. Culotta, 815 E. Market Street, New Albany, IN 47150
Counsel of Record