To The Honorable Judge David Hale,

I have spent days, weeks, months trying to figure out what to say, something, anything, that would make sense of my deplorable behavior.  My words hurt, my words were terribly disturbing, terribly disgusting, and most importantly, my words destroyed my family.  I am not going to make excuses or blame others for my words – I wrote them – but I will spend the rest of my life trying to mend (even if not possible) the destruction I caused.

I know you have read my PSR, and know a little about me, I will not rehash that in this letter.  I was raised to be a good person, and I failed.  I have spent every moment in jail trying to figure out WHY I said what I said.  I wish there were a way to take back my words.

I know that my daughter and son will never forget what I said, I know my family has abandoned me for what I have said.  I am not sure I will ever be able to repair the broken hearts that I caused, but I will spend my time trying to do just that.  I hope to get into intense therapy to try to decode where I went off the rails.

I tried to raise a strong daughter, one who was better than me.  I am very proud of her!  She did exactly what I taught her to do – stand up for yourself.  I can't imagine the pain I caused her, but I am sincerely in awe of her strength, courage and fortitude.  She saved my life.  And maybe someday, I will earn her forgiveness.

Having to unpack the last 5+ years while in isolation has been difficult but, in some ways, rewarding.  I have found that I am strong and I have grown.  I will continue my journey of rehabilitation and when my prison term is complete, I hope to rejoin society as a better version of myself.

Thank you for your time and consideration,
Amber