Kenneth Scott
240 Timothy Dr., Nicholasville, KY 40356
859.552.9062
Ken05Scott@yahoo.com

May 11, 2026

**RE: Character Reference for Amber Warner**

The Honorable Judge David Hale,

I am writing this letter as the father of Amber Warner (Scott) to provide insight into her character and background as you determine her sentence. Having raised Amber and watched her grow into adulthood, I can offer an honest perspective on the person she truly is.

Throughout her 36 years, Amber has consistently shown herself to be a devoted daughter, a loving mother, and a deeply hard-working individual. Prior to this offense, she was a law-abiding citizen with absolutely no criminal history. She built a life centered entirely around her family, working tirelessly to provide for her children. Amber has always been an incredibly generous person who would truly give someone the shirt off her back.

Regarding the matter before the court, Amber has expressed deep, genuine remorse to me. We have spoken at length about her actions. I have encouraged her to attend church regularly to reflect on her involvement in this situation and the lapse in judgment that led to it. She has committed to this spiritual reflection and intends to actively seek counseling once she is assigned to her place of confinement.

As her father, I am appalled and completely dumbfounded by the actions that brought her before your court. I do not fully understand how she was led astray, but I know this behavior is entirely out of character.

I have full confidence in Amber's ability to remain a law-abiding, productive member of society once she has paid her debt. She possesses the unwavering support of her entire family and has a solid plan to rebuild her future.

Thank you for your time, consideration, and fairness.

Sincerely,

*Ken Scott*

Ken Scott

**Jennifer Culotta**

| | |
|---|---|
| **From:** | Julia Plowman <juliaplowman89@gmail.com> |
| **Sent:** | Tuesday, May 19, 2026 1:05 AM |
| **To:** | Jennifer Culotta |
| **Subject:** | Amber Warner |

Honorable Judge David Hale,

My name is Julia Plowman, and I am Amber Warner's Mother. I understand the seriousness of her case and I am not asking the court to excuse her actions. As her Mother, I want the to speak about the person I have know all her life.

Growing up, Amber was a fun loving child. She was caring towards family and others around her.   Amber has provided and been a devoted mother to her children. Amber's love for her children has never been in question.

Since incarcerated, she has shown remorse for the pain she's caused to her family and especially her children. I believe she knows the seriousness of her actions. Amber has been attending church services and strengthening her faith. She has spoken about wanting to become a better person, help others,  and make changes in her life.

Despite everything, she has people who love her and believe in her growth and redemption. Her children and family means so much to her, and I know she wants the opportunity to someday rebuild trust and become a positive part of their lives again.

I respectfully,  ask the Court to consider a sentence that balances accountability  with the opportunity for treatment and rehabilitation. While, I understand there must be consequences.  I also ask the court to consider a possibility for a lighter sentence.

Thank you for your time and consideration.

Respectfully,

Julia Plowman

1